# Exhibit B

Thursday, November 12, 2020 at 09:22:59 Eastern Standard Time

**Subject:** eFOIA Request Received
**Date:** Thursday, November 12, 2020 at 9:21:32 AM Eastern Standard Time
**From:** efoia@subscriptions.fbi.gov
**To:** Jade Chong-Smith

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know that the content is safe.

## Individual Information

| Field | Value |
|---|---|
| Prefix | |
| First Name | Jade |
| Middle Name | Alexandria |
| Last Name | Chong-Smith |
| Suffix | |
| Email | jchong-smith@kaiserdillon.com |
| Phone | 2027170517 |
| Location | United States |

## Domestic Address

| Field | Value |
|---|---|
| Address Line 1 | 1099 14th St NW |
| Address Line 2 | 8th Floor West |
| City | Washington |

| | |
|---|---|
| State | District of Columbia |
| Postal | 20005 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below. |
| Allow up to $ | 1,000 |

## Non-Individual FOIA Request

| | |
|---|---|
| Request Information | Please see attached. |

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI???s electronic FOIA Library (The Vault) on the FBI???s public website, http://vault.fbi.gov by clicking on the ???Check Status of Your FOI/PA Request tool??? link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.