UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZACHARY ELLIS SANDERS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-3672 (ABJ)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

Pursuant to Federal Rule of Civil Procedure 6, Defendant, the Federal Bureau of Investigation (the "FBI"), by and through undersigned counsel, respectfully requests an extension of time from March 4, 2021 to April 5, 2021 to file its dispositive motion. For the following reasons, good cause exists for this extension.

1. On December 20, 2020, Plaintiff Zachary Ellis Sanders ("Plaintiff") commenced this action under the Freedom of Information Act ("FOIA"), alleging that the FBI failed to timely respond to his November 12, 2020 FOIA request. Plaintiff requests in his Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) that this Court order the FBI to produce documents responsive to his request.

2. By Minute Order dated January 22, 2021, the Court granted Plaintiff's Motion to Partially Seal Complaint and Exhibit A (ECF No. 8), wherein Plaintiff explained that he was ordered by the United States District Court for the Eastern District of Virginia to request that he be able to place under seal his Complaint and Exhibit A to that Complaint as well as propose redactions to both for both to be placed on the public docket.

3.     On February 3, 2021, the FBI filed its Answer (ECF No. 10) and on February 4, 2021, the Court ordered the FBI to file a dispositive motion or, in the alternative, a report setting forth a schedule for the completion of its production of documents to Plaintiff by March 4, 2021. *See* Feb. 4, 2021 Min. Order.

4.     On February 17, 2021, the FBI issued a *Glomar* response[1] to Plaintiff's FOIA request and intends to file a dispositive motion. The FBI, however, needs additional time to file its dispositive motion. The FBI's Records Information Dissemination Section ("RIDS") is the FBI component responsible for responding to FOIA requests and will be assisting with preparing materials supportive of the FBI's dispositive motion. The COVID-19 pandemic has caused intermittent closures of RIDS's facilities and unpredictable changes in RIDS's workforce that impact RIDS's ability to assist with preparing materials supportive of the FBI's dispositive motion in sufficient time for the FBI to meet the March 4, 2021 deadline for that filing. Specifically, on December 7, 2020, RIDS reduced to a 50% staffing posture to ensure the health and safety of its employees in light of the COVID-19 pandemic, which impacts its processing of FOIA requests and ability to assist with gathering material supportive of dispositive motions. *See* Michael G. Seidel Decl. ¶¶ 17-19.

5.     In light of the foregoing, the FBI respectfully requests that its time to file its dispositive motion be extended to April 5, 2021.

---

[1]     A "*Glomar* response" "is named for the Hughes Glomar Explorer, a ship used in a classified Central Intelligence Agency project 'to raise a sunken Soviet submarine from the floor of the Pacific Ocean to recover the missiles, codes, and communications equipment onboard for analysis by the United States military and intelligence experts.'" *Roth v. Dep't of Justice*, 642 F.3d 1161, 1171 (D.C. Cir. 2011) (quoting *Phillippi v. CIA*, 655 F.2d 1325, 1327 (D.C. Cir. 1981)) (other citation omitted). "[T]he term '*Glomar* response' entered the FOIA lexicon" after the Central Intelligence Agency "refused to either confirm or deny whether it had . . . records" related to the Hughes Glomar Explorer. *Id.*

6. Pursuant to Local Civil Rule 7(m), the parties have conferred and Plaintiff opposes the requested extension. Nevertheless, Plaintiff will not be prejudiced by the requested extension because this case is only a little over two months old.

7. A proposed order is attached.

Dated: February 23, 2021
Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By:         /s/ *Michael A. Tilghman II*
MICHAEL A. TILGHMAN II
D.C. Bar #988441
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7113
Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*