UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZACKARY ELLIS SANDERS | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 20-cv-03672 (ABJ) |
| FEDERAL BUREAU OF INVESTIGATION | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO DEFENDANT'S LOCAL RULE 7(h)
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 7.1(h), the Plaintiff respectfully responds to the Defendant's Statement of Undisputed Material Facts.

1. Plaintiff does not dispute this statement.

2. Plaintiff does not dispute this statement.

3. Plaintiff does not dispute this statement.

4. Plaintiff does not dispute this statement.

5. Plaintiff does not dispute this statement.

6. Plaintiff does not dispute this statement.

7. Plaintiff does not dispute this statement.

8. Plaintiff disputes this statement. See Rule 56(f) Declaration of Mark S. Zaid, Esq. at ¶¶7-9 (dated April 19, 2021), filed with the Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

9. Plaintiff does not dispute this statement.

10. Plaintiff disputes this statement. Id.

11. Plaintiff disputes this statement. Id.

1

12. Plaintiff disputes this statement. Id.

13. Plaintiff disputes this statement. Id.

14. Plaintiff disputes this statement. Id.

15. Plaintiff disputes this statement. Id.

16. Plaintiff does not dispute the statement that his Complaint does not address these legal issues, but he disputes there was any requirement to do so or that this is relevant to the arguments before the Court. The Plaintiff has now addressed the Defendant's arguments and challenges them accordingly See id. at *passim*.

Date:   April 19, 2021

                          Respectfully submitted,

                          /s/ *Mark S. Zaid*
                          _____

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Jade Chong-Smith
D.C. Bar #1047364
KaiserDillon PLLC
1099 14th Street, N.W.
8th Floor West
Washington, D.C. 20005
(202) 640-2850
jchong-smith@kaiserdillon.com

Attorneys for the Plaintiffs